# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

WILLIAM HARP,

      Plaintiff,

v.     Case No:   6:23-cv-1983-PGB-LHP

ASPIRE HEALTH PARTNERS, INC.,

      Defendant

---

## ORDER

This matter comes before the Court on the parties' Joint Report Regarding Settlement, indicating that the parties have settled the case.  Doc. No. 25.  Based thereon, and given that this case arises under the Fair Labor Standards Act ("FLSA"), it is **ORDERED** that, on or before **March 14, 2024**, the parties shall file a motion for settlement approval under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  The motion must be supported by a copy of the fully executed settlement agreement.   In the motion, the parties shall explain the amount of wages Plaintiffs claimed to be owed, whether and to what extent Plaintiffs compromised their claims, whether the amount of attorney's fees and costs was agreed upon separately and without regard to the amount Plaintiffs agreed to

accept, and, if not, evidence that the attorney's fees and costs to be paid under the settlement are reasonable. In addition, if the parties have agreed to any additional terms such as a broad or general release, or confidentiality, nondisparagement, or no re-employment provisions, counsel must explain why such provisions do not impact the reasonableness and fairness of the settlement amount.

    **DONE** and **ORDERED** in Orlando, Florida on February 13, 2024.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties